**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                             Case No. 04-05040
    RICHARD CARMICHAEL
    CAROLE CARMICHAEL
        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/10/2004.

2) The plan was confirmed on 04/16/2004.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/18/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/23/2006, 04/16/2008.

5) The case was completed on 06/16/2009.

6) Number of months from filing to last payment: 64.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,720.00.

10) Amount of unsecured claims discharged without payment: $84,152.30.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $42,754.83 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$42,754.83**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,101.80 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,601.80** |

Attorney fees paid and disclosed by debtor: $200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A & A MOLEYS INC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE TIL PAYDAY | Unsecured | 645.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CASH N GO | Unsecured | 1,767.98 | 1,767.98 | 1,767.98 | 442.00 | 0.00 |
| AMERICAN CASH N GO | Unsecured | 845.20 | NA | NA | 0.00 | 0.00 |
| AMERICAN CASH N GO | Unsecured | 862.13 | NA | NA | 0.00 | 0.00 |
| AMERICASH ADVANCE LLC | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | NA | 891.12 | 891.12 | 222.78 | 0.00 |
| AMERICASH LOANS | Unsecured | NA | 745.42 | 745.42 | 186.36 | 0.00 |
| ASPIRE VISA | Unsecured | 557.96 | 535.33 | 535.33 | 133.83 | 0.00 |
| BIRMINGHAM MARKETING | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE FINANCIAL | Unsecured | 778.02 | 398.26 | 398.26 | 99.57 | 0.00 |
| CAPITAL ONE FINANCIAL | Unsecured | 1,278.23 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE FINANCIAL | Unsecured | 7,500.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE CORP | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE CORP | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE BANK NA | Unsecured | 564.48 | NA | NA | 0.00 | 0.00 |
| CITY OF EVANSTON | Unsecured | 45.00 | 45.00 | 45.00 | 11.25 | 0.00 |
| CITY OF LAKE FOREST | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1,240.56 | 1,123.13 | 1,123.13 | 280.78 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 842.07 | 848.77 | 848.77 | 212.19 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 497.83 | 506.73 | 506.73 | 126.68 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,240.23 | 1,223.89 | 1,223.89 | 305.97 | 0.00 |
| ELIZABETH TASHJIAN | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| FIRST CONSUMER NATIONAL BANK | Unsecured | 1,506.43 | NA | NA | 0.00 | 0.00 |
| FIRST CONSUMERS MASTER TRUST | Unsecured | 1,338.73 | 1,325.70 | 1,325.70 | 331.43 | 0.00 |
| FIRST NATIONAL BANK SO DAKOTA | Unsecured | 177.48 | NA | NA | 0.00 | 0.00 |
| GWS FUNDING | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| HIGHLAND PARK WOMENS HEALTH | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ILL STATE TOLL HIWAY AUTHORITY | Unsecured | 450.00 | 450.00 | 450.00 | 112.50 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 288.81 | 1,028.51 | 1,028.51 | 1,028.51 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | Unsecured | NA | 205.22 | 205.22 | 51.31 | 0.00 |
| ILLINOIS STATE TOLLWAY AUTH | Unsecured | 102.50 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 28,214.65 | 42,937.37 | 42,937.37 | 10,734.34 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 5,263.13 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 971.21 | 4,583.85 | 4,583.85 | 4,761.45 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 3,763.99 | 3,763.99 | 3,763.99 | 0.00 |
| MCI RESIDENTIAL SVC | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| MEA-AEA LLC | Unsecured | 135.90 | NA | NA | 0.00 | 0.00 |
| MEA-AEA LLC | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL A ANGILERI | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIGESTIVE DISEASE | Unsecured | 310.23 | NA | NA | 0.00 | 0.00 |
| NATONAL OPPORTUNITIES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILL COLLECTION SVC | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ADVANCE | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOANS INC | Unsecured | 690.00 | 828.51 | 828.51 | 207.13 | 0.00 |
| PAYDAY LOANS INC | Unsecured | 825.15 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOANS INC | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOANS INC | Unsecured | 351.62 | 250.54 | 250.54 | 62.64 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,903.48 | 1,863.48 | 1,863.48 | 465.87 | 0.00 |
| PREFERRED CASH | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 610.36 | 585.36 | 585.36 | 146.34 | 0.00 |
| RIO RESOURCES | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Secured | 8,175.00 | 8,175.00 | 8,175.00 | 8,175.00 | 1,486.92 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 11,091.61 | 11,091.61 | 2,772.90 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 6,900.00 | 6,688.33 | 6,688.33 | 1,672.08 | 0.00 |
| SHORT TERM LOANS LLC | Unsecured | 690.00 | 651.85 | 651.85 | 162.96 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 75.00 | 75.00 | 75.00 | 18.75 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 360.00 | 710.00 | 710.00 | 177.50 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| XTRA CASH1000 | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,175.00 | $8,175.00 | $1,486.92 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,175.00** | **$8,175.00** | **$1,486.92** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,376.35 | $9,553.95 | $0.00 |
| **TOTAL PRIORITY**: | **$9,376.35** | **$9,553.95** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$75,748.60** | **$18,937.16** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,601.80 |
| Disbursements to Creditors | $38,153.03 |
| | |
| **TOTAL DISBURSEMENTS** : | **$42,754.83** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/17/2009                    By: /s/ Glenn Stearns
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)